Case 7:18-cv-00206   Document 11   Filed on 03/05/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REFUGIO REYES, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:18-CV-206 |
| UNDERWRITERS AT LLOYD'S LONDON, *et al*, | § § § § | |
| Defendants. | § | |

# **ORDER**

The Court now considers the "Joint Stipulation of Dismissal,"[1] filed by the parties, announcing to the Court the parties seek to dismiss this suit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by all Plaintiffs and Defendants, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of March, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.